*Unclaimed funds* — Check No. 1010 Receipt No. 82122



FILED
2011 FEB -8 PM 3:42
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,396.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 6,441.84 | $ 0.00 | $ 146.71 |
| 2 | Chase Bank USA, N.A. | $ 23,535.66 | $ 0.00 | $ 536.03 |
| 3 | Chase Bank USA, N.A. | $ 167.34 | $ 0.00 | $ 3.81 |
| 4 | Recovery Management Systems Corporation | $ 130.78 | $ 0.00 | $ 2.98 |
| 5 | American Express Centurion Bank | $ 6,774.74 | $ 0.00 | $ 154.29 |
| 6 | Fifth Third Bank | $ 7,387.07 | $ 0.00 | $ 168.24 |
| 7 | First National Bank of Omaha | $ 2,090.77 | $ 0.00 | $ 47.62 |
| 8 | RBS Citizens | $ 10,381.04 | $ 0.00 | $ 236.43 |
| 9 | Fia Card Services, NA/Bank of America | $ 8,486.95 | $ 0.00 | $ 193.29 |

Total to be paid to timely general unsecured creditors  $ 1,489.40

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 15,902.08 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

10-50370-mss   Doc 40-1   FILED 01/05/11   ENTERED 01/05/11 10:49:21   Page 3 of 4
10-50370-mss   Doc 56   FILED 02/08/11   ENTERED 02/08/11 15:59:52   Page 1 of 1